Nancy Weng (CA Bar No. 251215)
nweng@trinhlawfirm.com
**TRINH LAW FIRM**
99 North First St., Ste 200
San Jose, CA 95113
Tel:  (408) 890-7843
Fax:  (408) 890-4774

Attorneys for Defendant,
SHINE BATHROOMS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERN, INC., <br><br> Plaintiff, <br> v. <br><br> SHINE BATHROOMS, INC., <br><br> Defendant. | Civil Action No. 5-16-cv-00133-RMW <br><br> **DEFENDANT SHINE BATHROOMS, INC.'S UNOPPOSED REQUEST FOR A CONTINUANCE OF THE JULY 26, 2016 SETTLEMENT CONFERENCE**; ORDER |

Pursuant to the Court's Settlement Conference Standing Order, Defendant Shine Bathrooms, Inc. hereby requests a continuance of the July 26, 2016 settlement conference, subject to approval of the Court, based on the following:

Counsel for Defendant Shine Bathrooms, Inc., Trinh Law, filed earlier today: 1) Motion By Trinh Law to Withdraw As Counsel For Shine Bathrooms, Inc. (Dkt. No. 34) and 2) *Ex-Parte* Motion to Shorten Time to Hear Motion by Trinh Law to Withdraw As Counsel For Shine Bathrooms, Inc. (Dkt. No. 35) (collectively, "Pending Motions") because circumstances and a breakdown of the attorney-client relationship has occurred which has made it impossible for Trinh Law to continue to adequately and properly represent Shine Bathrooms, Inc.

The parties are currently scheduled for a settlement conference before Magistrate Judge Nathanael M. Cousins on July 26, 2016 at 9:30 a.m. (Dkt. No. 33).

Counsel for the parties met and conferred on July 18, 2016 and discussed a continuance of the settlement conference given the two pending motions before the Court. Robern does not oppose Shine Bathrooms, Inc.'s request for a continuance provided that Shine Bathrooms, Inc. reimburses Robern for any nonrefundable travel costs incurred in connection with the July 26, 2016 settlement conference.

The parties agree that the settlement conference should be rescheduled as soon as practical once the Court has decided the Pending Motions.

DATED: July 18, 2016         Respectfully submitted,

**THE TRINH LAW FIRM**

By:     */s/ Nancy Weng*
Nancy Weng (CA Bar No. 251215)
nweng@trinhlawfirm.com
**TRINH LAW FIRM**
99 North First St., Ste 200
San Jose, CA 95113
Tel:   (408) 890-7843
Fax:   (408) 890-4774

Attorneys for Defendant,
SHINE BATHROOMS, INC.

ORDER

The settlement conference scheduled for July 26, 2016 is vacated, The parties to contact the Courtroom Deputy to reschedule the conference after pending motions are resolved.

Dated: July 19, 2016

GRANTED
Judge Nathanael M. Cousins

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of the foregoing document has been obtained from Kadie M. Jelenchick, counsel for Robern, Inc.

DATED: July 18, 2016

By  /s/  *Lenny Huang*
       Lenny Huang