UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERN, INC., | |
|---|---|
| Plaintiff, | Case No. 16-cv-00133-RS |
| v. | **ORDER TO SHOW CAUSE** |
| SHINE BATHROOMS, INC., | |
| Defendant. | |

At plaintiff's request, the Clerk entered defendant's default in this action. Within 20 days of the date of this order, plaintiff shall either file a request for dismissal, a motion for entry of default judgment, or shall show cause as to why this action should not be dismissed for lack of prosecution. In the event plaintiff does not timely respond to this order, the case will be dismissed without prejudice, without further notice.

**IT IS SO ORDERED**.

Dated: May 14, 2018

_____
RICHARD SEEBORG
United States District Judge